UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN CARPENTERS PENSION
FUND and BRIAN GENTRY,

    Plaintiffs,                                   ENTRY OF DEFAULT

           v.                                 08-cv-224-bbc

DOOR SERVICE, INC.,

    Defendant.

---

Plaintiffs request that the clerk of court enter default against defendant Door Service, Inc. pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant has failed to appear, plead, or otherwise defend, the default of defendant Door Service, Inc. is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 4th day of June, 2008.

/s/
Theresa M. Owens
Clerk of Court