DOCKET#
U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

MAY 2 1 2009

## UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF WISCONSIN

---

**WISCONSIN CARPENTERS PENSION FUND**
**and BRIAN GENTRY,**

           **Plaintiffs,**

v.                                                              **Case No. 08-CV-224**

**DOOR SERVICE, INC.,**

           **Defendant.**

---

## ORDER FOR JUDGMENT

---

Request and application for default judgment brought by the Plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

1.      Defendant Door Service, Inc. has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2.      Defendant Door Service, Inc. violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the Plaintiff Fund.

3.      As a result of Defendant's failure, Plaintiffs are entitled to damages consisting of unpaid liquidated damages, interest attorney fees and costs.

4.      The court assesses the total damages to the Plaintiffs in the sum of $4,884.27.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of Plaintiffs, Wisconsin Carpenters Pension Fund and Brian Gentry,  and against Defendant Door Service, Inc. in the amount of $4,884.27 together with interest at the rate allowed by law.

Dated this 21st day of May, 2009.

BY THE COURT

Barbara B. Crabb

U. S. District Court Judge

- 2 -