UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

WISCONSIN CARPENTERS PENSION FUND
and BRIAN GENTRY,

        Plaintiffs,

v.                                                              Case No. 08-CV-224

DOOR SERVICE, INC.,

        Defendant.

### ENTRY OF JUDGMENT ON THE DECISION BY THE COURT

This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that the Plaintiffs, Wisconsin Carpenters Pension Fund and Brian Gentry, recover from the Defendant Door Service, Inc. the sum of $4,884.27 with interest thereon at the rate that is provided by law.

Dated this 21st day of May, 2009.

_____
Clerk of Court

_____
Deputy Clerk